IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiffs<br><br>                    Vs.<br><br>**AWILDO JIMENEZ-MERCADO**<br>  Defendant | **CRIM. NO. 23-cr-00440-FAB-BJM** |

**MOTION TO RESTRICT PURSUANT TO STANDING ORDER NO. 9**

**TO THE HONORABLE COURT:**

**COMES NOW** Manuel L. Morales-Schmidt, Esq., legal representative for **Awildo Jimenez-Mercado**, and respectfully states and prays as follows:

Defendant respectfully requests this Honorable Court permission to file a Restricted Motion at ECF No. 53 in instant case. The instant motion, a motion for extension of time to voluntarily surrender, limited to the Government and the United States Probation Office discloses confidential information related to a medical condition that Defendant suffers that needs to be protected, interest that outweighs the presumption of public access, and any other remedy pursuant to law.

**WHEREFORE**, Defendant respectfully prays that the Honorable Court takes notice of this motion and grants the relief sought.

**RESPECTFULLY SUBMITTED,** in San Juan, P.R., this 26th day of September 2024.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this same date, a true and exact copy of this document has been filed using the CM/ECF system and that the government and all counsel of record will be notified a copy of this motion by said system.

MOTION TO RESTRICT
U.S. v. Awildo Jimenez-Mercado, CR23-440(FAB)
Page 2

        **MORALES-SCHMIDT, LLC**
        Urb. Sta. Cruz
        Esteban Padilla #47 Ste. 1-A
        Bayamón, P.R. 00961
        Tel.: (787) 993-2109
        Fax: (787) 946-1767
        lcdo.manuelmorales@delgado-morales.com
        /S/*Manuel L. Morales Schmidt*
        **Manuel L. Morales-Schmidt**
        USDC-PR#301608
        CA1BAR#1196188